

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00788-CV

DONALD GAUCI, Appellant

V.

KATHRYN WOESSNER GAUCI, Appellee

Appeal from the Probate Court No 2 of Harris County. (Tr. Ct. No. 430,385).

This case is an appeal from the order signed by the trial court on June 24, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked personal jurisdiction over the proposed ward. Accordingly, the Court **vacates** the trial court's order and **dismisses** the case.

The Court orders that the appellee, Kathryn Woessner Gauci, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 4, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Massengale.